FILED

01/04/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0482

IN THE SUPREME COURT OF THE STATE OF MONTANA

NO. DA 23-482

JOHN MICHAEL CONNORS,
*Petitioner and Appellee,*

v.

JENNIFER MURRAY,
*Respondent and Appellant.*

**ORDER**

Upon consideration of Appellee's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including February 11, 2024, within which to prepare, file, and serve Appellee's Response brief on appeal.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 4 2024